IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **KARLA DUVALL and DARREN DUVALL Individually and on behalf of his minor children, R.D., S.D., and W.D.** | **PLAINTIFF** |
| v. | CAUSE NO. 1:21CV38-LG-JCG |
| **WASTE PRO USA, INC. and REGINALD GADDIS** | **DEFENDANTS** |

**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION
TO TRANSFER VENUE TO NORTHERN DIVISION**

**BEFORE THE COURT** is the [4] Ex Parte Motion to Transfer Venue to the Northern Division of the United States District Court for the Southern District of Mississippi. This lawsuit, which was filed on February 20, 2021, arose out of a motor vehicle accident that occurred in Lauderdale County, Mississippi. According to the Complaint, the defendant Waste Pro is a Florida corporation, and the defendant Gaddis is a resident of Lauderdale County, Mississippi. The plaintiffs are residents of Louisiana. The plaintiffs assert that they filed this lawsuit in the Southern Division of Mississippi in error, and they ask the Court to transfer venue to the Northern Division.

28 U.S.C. § 1404(a) provides, "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." Since the accident at issue occurred in the

Northern Division and the only in-state party lives in the Northern Division, the Court finds that the plaintiff's Motion should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [4] Ex Parte Motion to Transfer Venue to the Northern Division is **GRANTED**. The Clerk of Court is directed to **TRANSFER** this case to the Northern Division of the United States District Court for the Southern District of Mississippi.

**SO ORDERED AND ADJUDGED** this the 8th day of March, 2021.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE